IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROSS FRANCESKI,

       Plaintiff(s),                      09cv0174

                                            **ELECTRONICALLY FILED**

  v.

UNIVERSITY OF PITTSBURGH MEDICAL
CENTER,

       Defendant(s).

**<u>Order of Court re: Motions in Limine</u>**

And now, this 29th day of December, IT IS HEREBY ORDERED as follows:

    (1) Defendant's Motion in Limine 1: Hearsay Statements Made by Plaintiff (doc. no. 47) is DENIED.

    (2) Defendant's Motion in Limine 2: Regarding Recovery for Lost Fringe Benefits (doc. no. 49) is GRANTED.

    (3) Defendant's Motion in Limine 3: Regarding Discussions About Plaintiff's Sexual Orientation (doc. no. 51) is GRANTED with consent (see doc. no. 69).[1]

    (4) Defendant's Motion in Limine 4: Regarding Scanning Practices That Predate Chuck Davis' Tenure (doc. no. 53) is DENIED.

    (5) Defendant's Motion in Limine 5: Regarding Limitations on Future Job Opportunities (doc. no. 55) is DENIED.

---

[1] Even though counsel for plaintiff failed to file timely responses to the Motions in Limine (with the exception of the response to Motion in Limine 3), the Court must still consider each Motion in Limine on its merits.

(6) Defendant's Motion in Limine 6: Regarding Witness Edith Thompson (doc. no. 57) is DENIED.

          SO ORDERED this 29th day of December, 2009.

          s/Arthur J. Schwab
          Arthur J. Schwab
          United States District Judge


cc:   All Registered ECF Counsel and Parties