**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROSS FRANCESKI,

      Plaintiff(s),                               09cv0174
                                                    **ELECTRONICALLY FILED**

    v.

UNIVERSITY OF PITTSBURGH MEDICAL
CENTER,

      Defendant(s).

## VERDICT SLIP

1.     Did the Plaintiff, Ross Francescki, prove by a preponderance of the evidence that the Defendant, University of Pittsburgh Medical Center (UPMC Shadyside Hospital), unlawfully retaliated against him by discharging him in October 2007 because he complained about unlawful discriminatory conduct in his workplace?

        _____ Yes         _____ No

If you answered "No" to question number 1 above, please stop and notify the bailiff. If you answered "Yes" to question number 1 above, please proceed to answer the following questions.

2.     What are Plaintiff's total damages for compensatory damage including emotional distress, embarrassment, or humiliation (excluding back pay and front pay)?

        $_____.

3.     What are the Plaintiff's total back pay damages?

        $_____.

4.     What are Plaintiff's total front pay damages?

        $_____

5. What is the amount of total punitive damages?

   $_____.

**SO SAID BY ALL.**

Dated: _____

Signed by all jurors:

_____  _____
Jury Foreperson

_____  _____


_____  _____


_____  _____