IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROSS FRANCESKI,

        Plaintiff(s),                09cv0174
                                                **ELECTRONICALLY FILED**

    v.

UNIVERSITY OF PITTSBURGH MEDICAL
CENTER,

        Defendant(s).

**<u>Order of Court re: Supplemental Motion in Limine</u>**

And now, this 8th day of January, 2010, IT IS HEREBY ORDERED as follows:

(1) Defendant's Supplemental Motion in Limine Regarding Proposed Testimony from Edith Thompson (which the Court has termed Motion in Limine 7) (doc. no. 78) is DENIED.[1]

                                  SO ORDERED this 8th day of January, 2010.

                                  s/Arthur J. Schwab
                                  Arthur J. Schwab
                                  United States District Judge

cc:    All Registered ECF Counsel and Parties

---

[1]Plaintiff has again failed to file any response the motion in limine, but the Court will still consider the motion in limine on its merits.  (See doc. no. 70).